USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1879 CRISANTO MENDONCA, Plaintiff, Appellant, v. JOSEPH MEDEIROS, JAMES KILDUFF, INC., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] Before Selya, Circuit Judge, Cyr, Senior Circuit Judge, and Lipez, Circuit Judge.      Crisanto Mendonca on brief pro se. Michelle A. Matusewicz and Law Offices of Lawrence F.McAuliffe on brief for appellees.December 23, 1999    Per Curiam. After a thorough review of the record and the submissions of the parties, we affirm on the ground that the district court lacked subject matter jurisdiction.  See District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476 (1983) ("[A] United States District Court has no authority to review final judgments of a state court in judicial proceedings."); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923) (same). Affirmed. 1st Cir. Loc. R. 27(c).